# Exhibit A

This case has been designated as an eFiling case. To review a copy of the Notice of Mandatory eFiling visit www.oakgov.com/clerkrod/Pages/efiling.

Approved, SCAO

Original - Court
1st copy - Defendant
2nd copy - Plaintiff
3rd copy - Return

| STATE OF MICHIGAN<br>JUDICIAL DISTRICT<br>OAKLAND JUDICIAL CIRCUIT<br>COUNTY PROBATE | SUMMONS AND COMPLAINT | CASE NO.<br>2017-160464-NF<br>17  NF<br>JUDGE SHALINA KUMAR |
|---|---|---|

Court address: 1200 N. Telegraph Road, Dept. 404, Pontiac, MI 48341

Court telephone no.: 248-858-0582

| Plaintiff's name(s), address(es), and telephone no(s). | | Defendant's name(s), address(es), and telephone no(s). |
|---|---|---|
| VHS of MICHIGAN, INC. d/b/a THE DETROIT MEDICAL CENTER (Michael Palazzolo) | v | NATIONAL INDEMNITY COMPANY<br>Resident Agent<br>c/o CSC-Lawyers Incorporating Service<br>601 Abbot Road<br>East Lansing, MI 48823 |

Plaintiff's attorney, bar no., address, and telephone no.
ANDREW J. HORNE P72523
MILLER & TISCHLER, P.C.
28470 W. 13 Mile Road, Ste. 300
Farmington Hills, MI 48334; (248) 945-1040

**SUMMONS** NOTICE TO THE DEFENDANT: In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. YOU HAVE 21 DAYS after receiving this summons to file an answer with the court and serve a copy on the other party or take other lawful action with the court (28 days if you were served by mail or you were served outside this state). (MCR 2.111[C])
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.

| Issued | This summons expires | Court clerk |
|---|---|---|
| 8/22/2017 | 11/21/2017 | Lisa Brown |

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

**COMPLAINT** Instruction: The following is information that is required to be in the caption of every complaint and is to be completed by the plaintiff. Actual allegations and the claim for relief must be stated on additional complaint pages and attached to this form.

☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.

**Family Division Cases**
☐ There is no other pending or resolved action within the jurisdiction of the family division of circuit court involving the family or family members of the parties.
☐ An action within the jurisdiction of the family division of circuit court involving the family or family members of the parties has been previously filed in _____ Court.
The action ☐ remains ☐ is no longer pending. The docket number and the judge assigned to the action are:

| Docket no. | Judge<br>Hon. D. Langford Morris | Bar no. |
|---|---|---|

**General Civil Cases**
☐ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.
☒ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in Wayne County Circuit Court.
The action ☐ remains ☐ is no longer pending. The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |
|---|---|---|
| 17-005700-NF | Judge Lita Popke | |

**VENUE**

| Plaintiff(s) residence (include city, township, or village) | Defendant(s) residence (include city, township, or village) |
|---|---|
| Detroit, Wayne County, Michigan | County of Ingham, Michigan |

Place where action arose or business conducted: Oakland County, Michigan

Date: 8/22/17

Signature of attorney/plaintiff ANDREW J. HORNE P72523

If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you to fully participate in court proceedings, please contact the court immediately to make arrangements.

MC 01 (5/15) SUMMONS AND COMPLAINT    MCR 2.102(B)(11), MCR 2.104, MCR 2.105, MCR 2.107, MCR 2.113(C)(2)(a), (b), MCR 3.206(A)

Received for Filing Oakland County Clerk 8/22/2017 2:28 PM

Received for Filing Oakland County Clerk 8/22/2017 2:28 PM

| | SUMMONS AND COMPLAINT |
|---|---|
| PROOF OF SERVICE | Case No. 17 NF |

**TO PROCESS SERVER:** You are to serve the summons and complaint not later than 91 days from the date of filing or the date of expiration on the order for second summons. You must make and file your return with the court clerk. If you are unable to complete service you must return this original and all copies to the court clerk.

### CERTIFICATE / AFFIDAVIT OF SERVICE / NONSERVICE

| ☐ OFFICER CERTIFICATE | OR | ☐ AFFIDAVIT OF PROCESS SERVER |
|---|---|---|
| I certify that I am a sheriff, deputy sheriff, bailiff, appointed court officer, or attorney for a party (MCR 2.104[A][2]), and that: (notarization not required) | | Being first duly sworn, I state that I am a legally competent adult who is not a party or an officer of a corporate party, and that: (notarization required) |

☐ I served personally a copy of the summons and complaint,

☐ I served by registered or certified mail (copy of return receipt attached) a copy of the summons and complaint,

together with _____
List all documents served with the Summons and Complaint

_____ on the defendant(s):

| Defendant's name | Complete address(es) of service | Day, date, time |
|---|---|---|
| | | |
| | | |

☐ I have personally attempted to serve the summons and complaint, together with any attachments, on the following defendant(s) and have been unable to complete service.

| Defendant's name | Complete address(es) of service | Day, date, time |
|---|---|---|
| | | |
| | | |

I declare that the statements above are true to the best of my information, knowledge, and belief.

| Service fee | Miles traveled | Mileage fee | Total fee |
|---|---|---|---|
| $ | | $ | $ |

Signature _____

Name (type or print) _____

Title _____

Subscribed and sworn to before me on _____, _____ County, Michigan.
Date

My commission expires: _____ Signature: _____
Date                                              Deputy court clerk/Notary public

Notary public, State of Michigan, County of _____

### ACKNOWLEDGMENT OF SERVICE

I acknowledge that I have received service of the summons and complaint, together with _____
Attachments

_____ on _____
Day, date, time

on behalf of _____

Signature

This case has been designated as an eFiling case. To review a copy of the Notice of Mandatory eFiling visit www.oakgov.com/clerkrod/Pages/efiling.

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF OAKLAND

| | |
|---|---|
| VHS OF MICHIGAN, INC., d/b/a<br>THE DETROIT MEDICAL CENTER<br>(Michael Palazzolo)<br><br>　　　　Plaintiff,<br>v.<br><br>NATIONAL INDEMNITY COMPANY,<br><br>　　　　Defendant. | **2017-160464-NF**<br>**JUDGE SHALINA KUMAR**<br><br>Case No.: 17-　　　-NF<br>Hon. |

_____/

MILLER & TISCHLER, P.C.
BY: **ANDREW J. HORNE (P72523)**
Attorney for Plaintiff
28470 W 13 Mile Rd, Ste 300
Farmington Hills, MI 48334
(248) 945-1040; (248) 536-5042 fax
Email: ahorne@msapc.net
_____/

A prior action involving the same transaction or occurrence alleged in this Complaint was previously filed at the Wayne County Circuit Court, where it was given Docket No. 17-005700-NF and assigned to Judge Lita Popke. This action remains pending.

*/s/ Andrew J. Horne*
Andrew J. Horne (P72523)

## COMPLAINT FOR DAMAGES AND DECLARATORY RELIEF AND JURY DEMAND

NOW COMES Plaintiff, VHS OF MICHIGAN, INC. d/b/a THE DETROIT MEDICAL CENTER, by and through its attorneys, MILLER & TISCHLER, P.C., and for its Complaint, states as follows:

### JURISDICTIONAL AVERMENTS

1. Plaintiff, VHS OF MICHIGAN, INC. d/b/a THE DETROIT MEDICAL CENTER ("DMC"), is a Corporation, which provides medical care, treatment, products and services to

Received for Filing Oakland County Clerk 8/22/2017 2:28 PM

the general public, and conducts business in the City of Detroit, County of Wayne, State of Michigan.

2. Defendant, NATIONAL INDEMNITY COMPANY (hereinafter "Defendant"), is an insurance company licensed and certified by the Commissioner of Insurance to conduct business in the State of Michigan and to issue automobile insurance policies to Michigan residents, and it does continuous and systematic business throughout the State of Michigan.

3. Jurisdiction is proper in this Court as the amount in controversy exceeds $25,000.

4. Venue is proper in this Court because the Defendant conducts business in the County of Oakland, State of Michigan.

### COUNT I: STATUTORY NO-FAULT BENEFITS PURSUANT TO ASSIGNMENT

5. On or about August 28, 2016, Michael Palazzolo (hereinafter "Patient") was involved in a motor vehicle collision in which she suffered accidental bodily injury.

6. As a direct result of the accidental bodily injuries suffered by Patient, he sought treatment from DMC, where its staff provided reasonably-necessary medical products, services and accommodations for his care, recovery and rehabilitation.

7. Palazzolo has executed a valid assignment of benefits, consistent with MCL 500.3143 and Michigan Case Law, thereby assigning to DMC all rights, privileges and remedies to payment from Defendant for health care services, products or accommodations provided by DMC to which Patient is or may be entitled under Chapter 31 of the Insurance Code (MCL 500.3101, et seq), the No-Fault Act. **(Exhibit 1: Assignment).**

Received for Filing Oakland County Clerk 8/22/2017 2:28 PM

8. DMC is entitled to be reimbursed for reasonable charges incurred for all reasonably-necessary products, services and accommodations for Patient's care, recovery or rehabilitation arising out of the accident. MCL 500.3107(1)(a).

9. Pursuant to the Michigan No-Fault Act, Defendant is primary for the payment of all reasonable and customary charges for allowable expenses incurred as a result of Patient's accident.

10. DMC submitted reasonable proof of the fact and the amount of its bill to the Defendant, consisting of reasonable and customary charges for services rendered to Patient, and demanded payment.

11. The Defendant has unreasonably refused or delayed payment of the full balance of benefits due.

12. By virtue of the Defendant's refusal to pay for the reasonable and customary charges of DMC, the Defendant has breached its contractual and/or statutory obligations to provide no-fault benefits.

13. The payment of the allowable expenses incurred for DMC's services are overdue pursuant to M.C.L. 500.3142, and they are entitled to the payment of statutory interest (12%) in addition to the payment of their reasonable and customary charges. (M.C.L. 500.3142).

14. The refusal of the Defendant to pay these benefits, which are currently overdue, is unreasonable, and DMC is entitled to an award of attorney fees for its counsel's representation in attempting to collect these benefits. (M.C.L. 500.3148).

Received for Filing Oakland County Clerk 8/22/2017 2:28 PM

**WHEREFORE**, DMC seeks the following relief against Defendant:

A. A judgment pursuant to MCR 2.605 declaring that Defendant is liable for the no-fault benefits payable to DMC;

B. Grant judgment against Defendant for the total amount of liability due and payable to DMC by Defendant for personal injury protection benefits;

C. Grant judgment against Defendant for costs, RGA interest and no-fault penalty interest, pursuant to MCL 500.3142;

D. Find that Defendant's delay and/or withholding of payment is unreasonable pursuant to MCL 500.3148 and Order Defendant to pay an award of attorney fees;

E. Any other relief this Court deems appropriate.

## COUNT II: MEDICARE DOUBLE DAMAGES

15. Plaintiff hereby restates paragraphs #1-14 as though fully set forth herein.

16. Medicare and/or a Medicare Advantage Organization has made certain payments for reasonably necessary medical services and items provided to Michael Palazzolo for bodily injury he sustained in the subject August 28, 2016 motor vehicle accident.

17. Defendant has breached its statutory and contractual duties to make such payments and is otherwise in violation of 42 U.S.C. § 1395y(b)(2)(A)(ii); 42 U.S.C. § 1395w-22; 42 C.F.R. § 422.402; 42 C.F.R. §411.32; 42 C.F.R. § 422.108; and 42 C.F.R. § 423.462.

18. Pursuant to 42 U.S.C. § 1395y(b)(3)(A), DMC is entitled to recover from Defendant double the amount Medicare and/or a Medicare Advantage Organization has paid for reasonably necessary products, services, and accommodations for Michael Palazzolo's care, recovery, or rehabilitation for the bodily injuries he sustained in August 28, 2016 motor vehicle accident.

Received for Filing Oakland County Clerk   8/22/2017 2:28 PM

WHEREFORE, Plaintiff prays for judgment against Defendant for such further relief and damages as allowed under 42 U.S.C. § 1395y(b)(3)(A), including interest under 42 C.F.R. § 411.24.

Respectfully submitted,

MILLER & TISCHLER, P.C.

Dated: August 22, 2017

_/s/ Andrew J. Horne_
BY: ANDREW J. HORNE (P72523)
Attorney for Plaintiff DMC
28470 W. 13 Mile Road, Suite 300
Farmington Hills, MI 48334
ph: (248) 945-1040; Fax: (248) 536-5042
email address: ahorne@msapc.net

### JURY DEMAND

Plaintiff hereby demands trial by jury in the above entitled action.

Respectfully submitted,

MILLER & TISCHLER, P.C.

Dated: August 22, 2017

_/s/ Andrew J. Horne P72523_
BY: ANDREW J. HORNE (P72523)
Attorney for Plaintiff
28470 W. 13 Mile Road, Suite 300
Farmington Hills, MI 48334
ph: (248) 945-1040; Fax: (248) 536-5042
email address: ahorne@msapc.net

Received for Filing Oakland County Clerk 8/22/2017 2:28 PM

EXHIBIT 1

## ASSIGNMENT OF NO-FAULT BENEFITS/RIGHTS

I, Michael Palazzolo, do hereby assign my right to collect no-fault insurance benefits from the responsible no-fault insurance company and Michigan Automobile Insurance Placement Facility, for unpaid services rendered by VHS of Michigan, Inc., d/b/a The Detroit Medical Center to date, to VHS of Michigan, Inc., d/b/a The Detroit Medical Center and attorneys operating on its behalf. This is not an assignment for benefits payable in the future or after the date of this document.

Date: 6-5-17            Patient: _Michael Palazzolo_ (signature)
                                  Michael Palazzolo

Received for Filing Oakland County Clerk 8/22/2017 2:28 PM



## Notice of Service of Process

null / ALL
Transmittal Number: 17068298
Date Processed: 08/28/2017

| | |
|---|---|
| Primary Contact: | Claim Department<br>National Indemnity Company<br>1314 Douglas St<br>Ste 1400<br>Omaha, NE 68102-1944 |
| Electronic copy provided to: | Connor Dillard<br>Brandi Pahl<br>Chris Arispe<br>Brian Kamp<br>Adam Norris<br>Darius Regnier |
| Entity: | National Indemnity Company<br>Entity ID Number  2297966 |
| Entity Served: | National Indemnity Company |
| Title of Action: | VHS of Michigan, Inc., d/b/a The Detroit Medical Center vs. National Indemnity Company |
| Document(s) Type: | Summons/Complaint |
| Nature of Action: | Contract |
| Court/Agency: | Oakland County Circuit Court, Michigan |
| Case/Reference No: | 2017-160464-NF |
| Jurisdiction Served: | Michigan |
| Date Served on CSC: | 08/25/2017 |
| Answer or Appearance Due: | 28 Days |
| Originally Served On: | CSC |
| How Served: | Certified Mail |
| Sender Information: | Andrew J. Horne<br>248-945-1040 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674  (888) 690-2882  |  sop@cscglobal.com