UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

VHS OF MICHIGAN, INC., d/b/a
THE DETROIT MEDICAL CENTER
(Michael Palazzolo)

      Plaintiff,

v.

NATIONAL INDEMNITY COMPANY,

      Defendant.

Case No.: 2:17-cv-13121-GAD-SDD
Hon. Gershwin A. Drain

---

**ANDREW J. HORNE (P72523)**
MILLER & TISCHLER, P.C.
Attorney for Plaintiff
28470 W 13 Mile Rd, Ste 300
Farmington Hills, MI 48334
(248) 945-1040; (248) 536-5042 fax
Email: ahorne@msapc.net

**KEVIN J. PLAGENS (P55992)**
**BRAEDEN R. WILLOUGHBY (P76954)**
KOPKA PINKUS DOLIN PC
Attorneys for Defendant
32605 W. Twelve Mile Road, Suite 300
Farmington Hills, MI 48334
(248) 324-2620; (248) 324-2610 fax
brwilloughby@kopkalaw.com

---

## STIPULATED ORDER OF DISMISSAL

This matter having come before the Court upon the stipulation and consent of the parties, a settlement having been reached, and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that Plaintiff's Complaint is hereby dismissed with prejudice and without costs or attorney fees to any party.

**This is a Final Order, resolves the last pending claim, and closes the case.**

Dated: September 10, 2018

      s/Gershwin A. Drain
      U.S. DISTRICT COURT JUDGE

Stipulated to form and content:

*/s/ Andrew J. Horne (P72523)*
ANDREW J. HORNE (P72523)
Attorney for Plaintiff

*/s/Kevin J. Plagens (P55992)*
KEVIN J. PLAGENS (P55992)
Attorney for Defendant